IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 5, 2008

Charles R. Fulbruge III
Clerk

No. 07-41268
Summary Calendar

ARIC W HALL

Plaintiff-Appellant

v.

WILLIAM CROWE

Defendant-Appellee

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:07-CV-214

Before HIGGINBOTHAM, DAVIS, and GARZA, Circuit Judges.

PER CURIAM:[*]

Having reviewed Appellant's contentions, Appellee's response, and the record on appeal, we find no reversible error. Accordingly, the judgment of the district court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.